# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>RILEY FREEMAN<br><br>_Defendant_ | )<br>)  Case No. 3:25-mj-189<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   RILEY FREEMAN                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) - Assaulting a federal officer with a dangerous and deadly weapon

26 U.S.C. § 5861(d) - Possession of unregistered firearm


Date: July 6, 2025                                                             _Jolie A. Russo_
                                                                                           _Issuing officer's signature_

City and state:   Portland, Oregon                                 JOLIE A. RUSSO, U.S. MAGISTRATE JUDGE
                                                                                               _Printed name and title_

### Return

This warrant was received on _(date)_ 07/07/2025, and the person was arrested on _(date)_ 07/07/2025
at _(city and state)_ PORTLAND, OR.

Date: 07/07/2025                                                           _[signature]_
                                                                                        _Arresting officer's signature_

                                                                          KALEB ANDERSON (USM) OBO - MICAH CORTEZ
                                                                                        _Printed name and title_     (FPS)