UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00389-IM |
| v. | **INFORMATION** |
| **RILEY FREEMAN,** | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(ASSAULTING RESISTING AND IMPEDING A FEDERAL OFFICER)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 4, 2025, in the District of Oregon, defendant **RILEY FREEMAN** did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim Officer One, who was engaged in official duties,

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

**COUNT 2**
**(ASSAULTING RESISTING AND IMPEDING A FEDERAL OFFICER)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 4, 2025, in the District of Oregon, defendant **RILEY FREEMAN** did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim Officer Two, who was engaged in official duties,

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

## COUNT 3
**(ASSAULTING RESISTING AND IMPEDING A FEDERAL OFFICER)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 4, 2025, in the District of Oregon, defendant **RILEY FREEMAN** did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim Officer Three, who was engaged in official duties,

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

Dated: September 29, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

_____
PAUL T. MALONEY, OSB#013366
Assistant United States Attorney